UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62902-CIV-ZLOCH

WILLIAM MCLEOD,

    Plaintiff,

vs.                                                    **O R D E R**

MONAKER GROUP, INC., f/k/a
NEXT 1 INTERACTIVE, INC., et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendant Pruzansky, P.A.'s, Stipulation For Substitution Of Counsel (DE 50). The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    By the instant Stipulation (DE 50), Defendant Pruzansky, P.A., advises the Court that he wishes to substitute Philip E. Ward, Esq., Adam J. Hodkin, Esq., and Jon K. Stage, Esq., of Hodkin Stage Ward, PLCC as his counsel of record. He also moves the Court to allow the withdrawal of Evan D. Appell, Esq., of GrayRobinson, PA.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Pruzansky, P.A.'s, Stipulation For Substitution Of Counsel (DE 50) be and the same is hereby approved, adopted, and ratified;

    2. Philip E. Ward, Esq., Adam J. Hodkin, Esq., and Jon K. Stage, Esq., of Hodkin Stage Ward, PLLC, be and the same are hereby **SUBSTITUTED** as the counsel of record for Defendant Pruzansky, P.A.;

    3. Evan D. Appell, Esq., of GrayRobinson, P.A., be and the

same is hereby relieved of any further responsibility in the representation of Defendant Pruzansky, P.A., in the above-styled cause; and

4. All future pleadings and papers to be served conventionally upon Defendant Pruzansky, P.A., should be directed to:

> Philip E. Ward, Esq., Adam J. Hodkin, Esq.,
> and Jon K. Stage, Esq.
> Hodkin, Stage, Ward, PLCC
> 54 SW Boca Raton Blvd
> Boca Raton, FL 33432

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of October, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record